```
                            United States Bankruptcy Court
                             Western District of Michigan
In re:                                                                    Case No. 17-03527-jwb
Rachel C Shasteen                                                         Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0646-1          User: chamberk              Page 1 of 2             Date Rcvd: Dec 12, 2017
                              Form ID: NPD                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             Rachel C Shasteen,    4208 Alpenhorn Dr. NW Apt 4,    Comstock Park, MI 49321-8639
8079341        Advanced Call Center Tcch,    PO Box 9091,   Johnson City TN 37615-9091
8079345       +ELGA Credit Union (Visa),    2305 S. Center Road,    Burton MI 48519-1147
8079346       +Family Fitness Alpine,    1040 4 Mile Road Northwest,    Grand Rapids MI 49544-1505
8079350        Priority Health,    1231 East Beltline NE,   Comstock Park MI 49321-8639
8079353       +Visa,   Customer Service,    PO Box 30495,   Tampa FL 33630-3495
8079354        Visa,   PO Box 4521,   Carol Stream IL 60197-4521
8079355       +Womens Specialty Associates PC,    3434 Regency Park Drive,    Suite A,
                Grand Blanc MI 48439-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Andy Vara,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Daniel J. Casamatta,
                Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Daniel M. McDermott,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     David W. Asbach,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Dean E. Rietberg,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Habbo G. Fokkena,
                Office of the United States Trustee,    Michigan/Ohio Region 9,
                The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Matthew T. Cronin,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: matthew.w.cheney@usdoj.gov Dec 12 2017 22:18:05     Matthew W. Cheney,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Michael V. Maggio,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     Michelle M. Wilson,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     United States Trustee,
                Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 12 2017 22:17:07     United States Trustee,
                The Ledyard Building, 2nd Floor,    125 Ottawa Avenue NW, Suite 200R,
                Grand Rapids, MI 49503-2837
8079342         EDI: CAPITALONE.COM Dec 12 2017 21:53:00      Capital One Bank,    PO Box 6492,
                Carol Stream IL 60197-6492
8079343        +E-mail/Text: chadd.obrien@elgacu.com Dec 12 2017 22:17:04     ELGA Credit Union,
                2305 S. Center Road,    Burton MI 48519-1147
8079347         EDI: RMSC.COM Dec 12 2017 21:53:00      JC Penney,    P Box 960090,    Orlando FL 32896-0090
8079348         EDI: CBSKOHLS.COM Dec 12 2017 21:53:00      Kohls,    PO Box 2983,    Milwaukee WI 53201-2983
8079349        +EDI: TSYS2.COM Dec 12 2017 21:53:00      Macy's,    Recovery/Compliance Department,    PO Box 8053,
                Mason OH 45040-8053
8079351        +EDI: RMSC.COM Dec 12 2017 21:53:00      Synchrony Bank/JCP,    PO Box 960090,
                Orlando FL 32896-0090
8079352        +EDI: WFNNB.COM Dec 12 2017 21:53:00      Victoria Secrets,    PO Box 659728,
                San Antonio TX 78265-9728
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8079344*      +ELGA Credit Union,    2305 S. Center Road,    Burton MI 48519-1147
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0646-1           User: chamberk              Page 2 of 2                   Date Rcvd: Dec 12, 2017
                               Form ID: NPD                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              Jeff A. Moyer    jeff@thebankruptcygrp.com,
               MI38@ecfcbis.com;crissy@thebankruptcygrp.com;heather@thebankruptcygrp.com
              Thomas Ethan Becker    on behalf of Debtor Rachel C Shasteen tombecker40@yahoo.com
                                                                                       TOTAL: 2
```

Form NPD (02/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Rachel C Shasteen**<br>4208 Alpenhorn Dr. NW Apt 4<br>Comstock Park, MI 49321–8639<br>SSN: xxx–xx–8464<br><br>**Debtor** | **Case Number 17–03527–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). Please file your Proof of Claim electronically (a login & password is not required) by visiting: www.miwb.uscourts.gov. Select Filing Proofs of Claim located under Information for Creditors. A Proof of Claim form can be obtained at the same website or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

U.S. Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
December 12, 2017

*Daniel M. McDermott*
United States Trustee

By: *Matthew W. Cheney*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

FORM EPOC (09/13)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**DANIEL M. LAVILLE**
**Clerk of Court**
(616) 456–2693 Tel.



---

**eLECTRONIC PROOF OF CLAIM FILING SYSTEM (ePOC)**

**Save Time & Money with ePOC!!!!**

---

ePOC enables creditors without a CM/ECF login/password to electronically file proofs of claims; thereby eliminating the need to complete the paper copy of the Proof of Claim form and mailing it to the Court for filing.

ePOC allows creditors to:

– Populate and electronically file Official Form B410 with the Court

– Attach optional supporting documentation in pdf format to the proof of claim

– Receive immediate verification of the filing

– Electronically file amended proofs of claim

To file your claim using ePOC, please go to the Court's website at: www.miwb.uscourts.gov

Once you access the website, click on the Electronic Proof of Claims link located under **Information for Creditors**

*Penalty for filing fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.**